# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DEBORAH R. MALLOY, : | |
| Debtor. : | |
| _____ : | |
| DEBORAH R. MALLOY, : | |
| : | CIVIL ACTION NO. 15-0580 |
| Appellant, : | |
| : | BANKRUPTCY NO. 14-17727 |
| v. : | |
| GARY F. SEITZ, : | |
| Appellee. : | |

## ORDER

**AND NOW**, this __9th__ day of August, 2017, upon consideration of the Certificate of Appeal from an Order entered by the Honorable Eric L. Frank, United States Bankruptcy Judge for the Eastern District of Pennsylvania (Doc. 1), Appellant's Brief (Doc. 3), Appellee's Brief (Doc. 4), and the designated record on appeal, **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court decision rendered by the Honorable Eric L. Frank of the United States Bankruptcy Court for the Eastern District of Pennsylvania is **AFFIRMED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 9, 2017.